RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, | CASE NO.: EDCV 12-01715 VAP (SPx) |
| Plaintiffs, | |
| vs. | **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CNO FINANCIAL GROUP, INC. AND CDOC, INC.** |
| CONSECO LIFE INSURANCE COMPANY, CNO FINANCIAL GROUP, INC., CDOC, INC., and CNO SERVICES, LLC, | |
| Defendants. | |

**PRELIMINARY STATEMENT**

Defendants CNO Financial Group, Inc. and CDOC, Inc. (collectively, "Defendants"), by and through its undersigned counsel, hereby answer the Complaint of Plaintiffs William Jeffrey Burnett and Joe H. Camp ("collectively, "Plaintiffs").

Defendants do so at this time only because the Court has not yet ruled on the parties' Stipulation (Docket No. 14) extending the time to respond to the Complaint to November 30, 2012.

Defendants further do so without waiver of their argument – to be made by motion – that there is no personal jurisdiction over Defendants CNO Financial Group, Inc., CDOC, Inc. and CNO Services, LLC.  See Fed. R. Civ. P. 12(h) (personal jurisdiction defense preserved if asserted either in pre-answer motion or in answer).  See also Brady v. Conseco, Inc., No. C 08-05746 SI, 2009 WL 2356201, at *9 (N.D. Cal. July 29, 2009).

**ANSWER**

Without waiver of personal jurisdiction or any other available defense, Defendants hereby answers the Complaint, upon knowledge as to themselves and their own acts, and upon information and belief as to all other matters as follows:

Defendants deny the bold heading immediately before paragraph 1 on page 1 of the Complaint.

1.      Defendants deny the allegations in paragraph 1 of the Complaint.

2.      Defendants deny the allegations in paragraph 2 of the Complaint.

3.      Defendants deny the allegations in paragraph 3 of the Complaint. Defendants further aver that the allegations in paragraph 3 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.

4.      Defendants deny the allegations in paragraph 4 of the Complaint.

5.      Defendants deny the allegations in paragraph 5 of the Complaint.

6.      Defendants deny the allegations in paragraph 6 of the Complaint.

1   7.      Defendants aver that the allegations in paragraph 7 of the Complaint are

2   Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph

3   7 may be deemed to contain factual allegations, they are denied.

4   8.      Defendants aver that the allegations in paragraph 8 of the Complaint are

5   Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph

6   8 may be deemed to contain factual allegations, they are denied.

7   9.      Defendants aver that the allegations in paragraph 9 of the Complaint are

8   Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph

9   9 may be deemed to contain factual allegations, they are denied.

10   10.     Defendants aver that the allegations in paragraph 10 of the Complaint

11   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

12   paragraph 10 may be deemed to contain factual allegations, they are denied.

13   11.     Defendants aver that the allegations in paragraph 11 of the Complaint

14   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

15   paragraph 11 may be deemed to contain factual allegations, they are denied.

16   12.     Defendants aver that the allegations in paragraph 12 of the Complaint

17   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

18   paragraph 12 may be deemed to contain factual allegations, they are denied.

19   13.     Defendants aver that the allegations in paragraph 13 of the Complaint

20   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

21   paragraph 13 may be deemed to contain factual allegations, they are denied.

22   14.     Defendants aver that the allegations in paragraph 14 of the Complaint

23   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

24   paragraph 14 may be deemed to contain factual allegations, they are denied.

25   15.     Defendants aver that the allegations in paragraph 15 of the Complaint

26   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

27   paragraph 15 may be deemed to contain factual allegations, they are denied.

28

Defendants deny the bold heading between paragraph 15 and 16 on page 4 of the Complaint.

16.     Defendants aver that they are without knowledge or information sufficient to form a belief as to the allegations in paragraph 16 of the Complaint.  To the extent they have sufficient knowledge or information sufficient to form a belief, Defendants deny the allegations in paragraph 16 of the Complaint.

17.     Defendants aver that they are without knowledge or information sufficient to form a belief as to the allegations in paragraph 17 of the Complaint.  To the extent they have sufficient knowledge or information sufficient to form a belief, Defendants deny the allegations in paragraph 17 of the Complaint.

18.     Defendants admits that Conseco Life Insurance Company is a corporation organized under the laws of Indiana, and otherwise deny the allegations in paragraph 18 of the Complaint.

19.     Defendants admit that CDOC, Inc. wholly owns Conseco Life Insurance Company and is organized under Delaware law.  Defendants otherwise deny the allegations in paragraph 19 of the Complaint.

20.     Defendants admit that CNO Financial Group, Inc. wholly owns CDOC, Inc. and is organized under Delaware law.  Defendants otherwise deny the allegations in paragraph 19 of the Complaint.

21.     Defendants deny the allegations in paragraph 21 of the Complaint.

Defendants deny the bold heading between paragraphs 21 and 22 on page 6 of the Complaint.

22.     Defendants aver that the allegations in paragraph 22 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 22 may be deemed to contain factual allegations, they are denied.

23.     Defendants aver that the allegations in paragraph 23 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 23 may be deemed to contain factual allegations, they are denied.

24.    Defendants aver that the allegations in paragraph 24 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 24 may be deemed to contain factual allegations, they are denied.

25.    Defendants aver that the allegations in paragraph 25 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 25 may be deemed to contain factual allegations, they are denied.

26.    Defendants aver that the allegations in paragraph 26 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 26 may be deemed to contain factual allegations, they are denied.

27.    Defendants aver that the allegations in paragraph 27 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 27 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold headings between paragraphs 27 and 28 on page 7 of the Complaint.

28.    Defendants deny the allegations in paragraph 28 of the Complaint.

29.    Defendants deny the allegations in paragraph 29 of the Complaint.

30.    Defendants deny the allegations in paragraph 30 of the Complaint.

31.    Defendants deny the allegations in paragraph 31 of the Complaint.

32.    Defendants deny the allegations in paragraph 32 of the Complaint.

33.    Defendants deny the allegations in paragraph 33 of the Complaint.

34.    Defendants deny the allegations in paragraph 34 of the Complaint.

35.    Defendants deny the allegations in paragraph 35 of the Complaint.

36.    Defendants deny the allegations in paragraph 36 of the Complaint.

37.    Defendants deny the allegations in paragraph 37 of the Complaint.

38.    Defendants deny the allegations in paragraph 38 of the Complaint.  To the extent paragraph 38 refers to a document, Defendants refer to that document for a complete and accurate statement of its contents.

39.    Defendants deny the allegations in paragraph 39 of the Complaint.

1    40.    Defendants deny the allegations in paragraph 40 of the Complaint.

2    41.    Defendants aver that the allegations in paragraph 41 of the Complaint

3    are Plaintiffs' legal conclusions to which no answer is required.  To the extent

4    paragraph 41 may be deemed to contain factual allegations, they are denied.

5    42.    Defendants deny the allegations in paragraph 42 of the Complaint.

6    Defendants deny the bold headings between paragraphs 42 and 43 on page 9

7    of the Complaint.

8    43.    Defendants deny the allegations in paragraph 43 of the Complaint.

9    44.    Defendants deny the allegations in paragraph 44 of the Complaint.

10    Defendants deny the bold heading between paragraphs 44 and 45 on page 9 of

11    the Complaint.

12    45.    Defendants deny the allegations in paragraph 45 of the Complaint.

13    46.    Defendants deny the allegations in paragraph 46 of the Complaint.

14    Defendants deny the bold heading between paragraphs 46 and 47 on page 10

15    of the Complaint.

16    47.    Defendants admit the allegations in paragraph 47 of the Complaint.

17    48.    Defendants deny the allegations in paragraph 48 of the Complaint.

18    49.    Defendants aver that the allegations in paragraph 49 of the Complaint

19    are Plaintiffs' legal conclusions to which no answer is required.  To the extent

20    paragraph 49 may be deemed to contain factual allegations, they are denied.

21    50.    Defendants deny the allegations in paragraph 50 of the Complaint.

22    Defendants deny the bold heading between paragraphs 50 and 51 on page 11

23    of the Complaint.

24    51.    Defendants admit the allegations in paragraph 51 of the Complaint.

25    Defendants deny the bold heading between paragraphs 51 and 52 on page 11

26    of the Complaint.

27    52.    Defendants deny the allegations in paragraph 52 of the Complaint.

28

1   Defendants deny the bold heading between paragraphs 52 and 53 on page 11
2   of the Complaint.

3          53.    Defendants deny the allegations in paragraph 53 of the Complaint.

4          54.    Defendants deny the allegations in paragraph 54 of the Complaint.

5          Defendants deny the bold heading between paragraphs 54 and 55 on page 11
6   of the Complaint.

7          55.    Defendants deny the allegations in paragraph 55 of the Complaint.

8          56.    Defendants aver that the allegations in paragraph 56 of the Complaint
9   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
10  paragraph 56 may be deemed to contain factual allegations, they are denied.

11         Defendants deny the bold heading between paragraphs 56 and 57 on page 12
12  of the Complaint.

13         57.    Defendants deny the allegations in paragraph 57 of the Complaint.

14         Defendants deny the bold heading between paragraphs 57 and 58 on page 12
15  of the Complaint.

16         58.    Defendants deny the allegations in paragraph 58 of the Complaint.

17         Defendants deny the bold heading between paragraphs 58 and 59 on page 12
18  of the Complaint.

19         59.    Defendants aver that the allegations in paragraph 59 of the Complaint
20  are Plaintiffs' legal conclusions to which no answer is required.  To the extent
21  paragraph 59 may be deemed to contain factual allegations, they are denied.

22         60.    Defendants aver that the allegations in paragraph 60 of the Complaint
23  are Plaintiffs' legal conclusions to which no answer is required.  To the extent
24  paragraph 60 may be deemed to contain factual allegations, they are denied.

25         Defendants deny the bold heading between paragraphs 60 and 61 on page 13
26  of the Complaint.

27         61.    Defendants deny the allegations in paragraph 61 of the Complaint.

28

62.     Defendants aver that the allegations in paragraph 62 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 62 may be deemed to contain factual allegations, they are denied.

63.     Defendants aver that the allegations in paragraph 63 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 63 may be deemed to contain factual allegations, they are denied.

64.     Defendants aver that the allegations in paragraph 64 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 64 may be deemed to contain factual allegations, they are denied.

65.     Defendants aver that the allegations in paragraph 65 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 65 may be deemed to contain factual allegations, they are denied.

66.     Defendants deny the allegations in paragraph 66 of the Complaint.

67.     Defendants aver that the allegations in paragraph 67 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 67 may be deemed to contain factual allegations, they are denied.

68.     Defendants deny the allegations in paragraph 68 of the Complaint.

69.     Defendants deny the allegations in paragraph 69 of the Complaint.

Defendants deny the bold heading between paragraphs 69 and 70 on page 14 of the Complaint.

70.     Defendants aver that the allegations in paragraph 70 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 70 may be deemed to contain factual allegations, they are denied.

71.     Defendants aver that the allegations in paragraph 71 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 71 may be deemed to contain factual allegations, they are denied.

72.     Defendants deny the allegations in paragraph 72 of the Complaint.

73.     Defendants deny the allegations in paragraph 73 of the Complaint.

74.     Defendants aver that the allegations in paragraph 74 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 74 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 74 and 75 on page 15 of the Complaint.

75.     Defendants state they are without knowledge or information sufficient to form a belief as to the truth of allegations in paragraph 75 of the Complaint.  To the extent they have knowledge or information, Defendants deny the allegations in paragraph 75 of the Complaint.

76.     Defendants deny the allegations in paragraph 76 of the Complaint.

77.     Defendants admit the allegations in paragraph 77 of the Complaint.

78.     Defendants aver that the allegations in paragraph 78 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 78 may be deemed to contain factual allegations, they are denied.

79.     Defendants deny the allegations in paragraph 79 of the Complaint, and to the extent that paragraph 79 characterizes the content of the Regulatory Settlement Agreement, refer to the Regulatory Settlement Agreement for a complete and accurate statement of its content.

80.     Defendants aver that the allegations in paragraph 80 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 80 may be deemed to contain factual allegations, they are denied.

81.     Defendants aver that the allegations in paragraph 81 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 81 may be deemed to contain factual allegations, they are denied.

82.     Defendants aver that the allegations in paragraph 82 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 82 may be deemed to contain factual allegations, they are denied.

83.     Defendants aver that the allegations in paragraph 83 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 83 may be deemed to contain factual allegations, they are denied.

84.     Defendants aver that the allegations in paragraph 84 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 84 may be deemed to contain factual allegations, they are denied.

85.     Defendants aver that the allegations in paragraph 85 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 85 may be deemed to contain factual allegations, they are denied.

86.     Defendants aver that the allegations in paragraph 86 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 86 may be deemed to contain factual allegations, they are denied.

87.     Defendants aver that the allegations in paragraph 87 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 87 may be deemed to contain factual allegations, they are denied.

88.     Defendants aver that the allegations in paragraph 88 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 88 may be deemed to contain factual allegations, they are denied.

89.     Defendants aver that the allegations in paragraph 89 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 89 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 89 and 90 on page 18.

90.     Defendants deny the allegations in paragraph 90 of the Complaint.  To the extent paragraph 90 characterizes the content of the Regulatory Settlement Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete and accurate statement of its content.

91.     Defendants deny the allegations in paragraph 91 of the Complaint.  To the extent paragraph 91 characterizes the content of the Regulatory Settlement

1  Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
2  and accurate statement of its content.

3       92.     Defendants deny the allegations in paragraph 92 of the Complaint.  To
4  the extent paragraph 92 characterizes the content of the Regulatory Settlement
5  Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
6  and accurate statement of its content.

7       93.     Defendants deny the allegations in paragraph 93 of the Complaint.  To
8  the extent paragraph 93 characterizes the content of the Regulatory Settlement
9  Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
10 and accurate statement of its content.

11      94.     Defendants deny the allegations in paragraph 94 of the Complaint.  To
12 the extent paragraph 94 characterizes the content of the Regulatory Settlement
13 Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
14 and accurate statement of its content.

15      95.     Defendants deny the allegations in paragraph 95 of the Complaint.  To
16 the extent paragraph 95 refers to the Regulatory Settlement Agreement, Defendants
17 refer to the Regulatory Settlement Agreement for a complete and accurate statement
18 of its contents.

19      Defendants deny the bold heading between paragraphs 95 and 96 on page 19
20 of the Complaint.

21      96.     Defendants deny the allegations in paragraph 96 of the Complaint.  To
22 the extent paragraph 96 characterizes the content of the Regulatory Settlement
23 Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
24 and accurate statement of its content.

25      97.     Defendants deny the allegations in paragraph 97 of the Complaint.  To
26 the extent paragraph 97 characterizes the content of the Regulatory Settlement
27 Agreement, Defendants refer to the Regulatory Settlement Agreement for a complete
28 and accurate statement of its content.

98.    Defendants aver that the allegations in paragraph 98 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 98 may be deemed to contain factual allegations, they are denied.

99.    Defendants aver that the allegations in paragraph 99 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 99 may be deemed to contain factual allegations, they are denied.

100.   Defendants deny the allegations in paragraph 100 of the Complaint.

Defendants deny the bold heading between paragraphs 100 and 101 on page 20 of the Complaint.

101.   Defendants aver that the allegations in paragraph 101 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 101 may be deemed to contain factual allegations, they are denied.

102.   Defendants aver that the allegations in paragraph 102 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 102 may be deemed to contain factual allegations, they are denied.

103.   Defendants aver that the allegations in paragraph 103 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 103 may be deemed to contain factual allegations, they are denied.

104.   Defendants aver that the allegations in paragraph 104 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 104 may be deemed to contain factual allegations, they are denied.

105.   Defendants aver that the allegations in paragraph 105 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 105 may be deemed to contain factual allegations, they are denied.

106.   Defendants aver that the allegations in paragraph 106 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 106 may be deemed to contain factual allegations, they are denied.

107.   Defendants aver that the allegations in paragraph 107 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 107 may be deemed to contain factual allegations, they are denied.

108.   Defendants aver that the allegations in paragraph 108 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 108 may be deemed to contain factual allegations, they are denied.

109.   Defendants deny the allegations in paragraph 109 of the Complaint.

Defendants deny the bold headings between paragraphs 109 and 110 on page 22 of the Complaint.

110.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110 of the Complaint.

111.   Defendants deny the allegations in paragraph 111 of the Complaint.

112.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 112 of the Complaint.

113.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 113 of the Complaint.

114.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 114 of the Complaint.

115.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 115 of the Complaint.

116.   Defendants deny the allegations in paragraph 116 of the Complaint.

117.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 117 of the

1  Complaint.  To the extent Defendants have sufficient knowledge or information, they
2  deny the allegations in paragraph 117 of the Complaint.

3      Defendants deny the bold heading between paragraphs 117 and 118 on page
4  23 of the Complaint.

5      118.   Defendants state that they are without knowledge or information
6  sufficient to form a belief about the truth of the allegations in paragraph 118 of the
7  Complaint.

8      119.   Defendants state that they are without knowledge or information
9  sufficient to form a belief about the truth of the allegations in paragraph 119 of the
10  Complaint.

11      120.   Defendants state that they are without knowledge or information
12  sufficient to form a belief about the truth of the allegations in paragraph 120 of the
13  Complaint.

14      121.   Defendants state that they are without knowledge or information
15  sufficient to form a belief about the truth of the allegations in paragraph 121 of the
16  Complaint.

17      122.   Defendants state that they are without knowledge or information
18  sufficient to form a belief about the truth of the allegations in paragraph 122 of the
19  Complaint.

20      123.   Defendants state that they are without knowledge or information
21  sufficient to form a belief about the truth of the allegations in paragraph 123 of the
22  Complaint.

23      124.   Defendants state that they are without knowledge or information
24  sufficient to form a belief about the truth of the allegations in paragraph 124 of the
25  Complaint.

26      125.   Defendants state that they are without knowledge or information
27  sufficient to form a belief about the truth of the allegations in paragraph 125 of the
28

Complaint.  To the extent Defendants have knowledge or information, they deny the allegations in paragraph 125 of the Complaint.

126.   Defendants deny the allegations in paragraph 126 of the Complaint.

127.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 127 of the Complaint.

128.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 128 of the Complaint.

129.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 129 of the Complaint.

130.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 130 of the Complaint.

131.   Defendants state that they are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 131 of the Complaint.

Defendants deny the bold heading between paragraphs 131 and 132 on page 24 of the Complaint.

132.   Defendants aver that the allegations in paragraph 132 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 132 may be deemed to contain factual allegations, they are denied.

133.   Defendants aver that the allegations in paragraph 133 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 133 may be deemed to contain factual allegations, they are denied.

134.   Defendants aver that the allegations in paragraph 134 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 134 may be deemed to contain factual allegations, they are denied.

135.   Defendants aver that the allegations in paragraph 135 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 135 may be deemed to contain factual allegations, they are denied.

136.   Defendants deny the allegations in paragraph 136 of the Complaint.

137.   Defendants aver that the allegations in paragraph 137 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 137 may be deemed to contain factual allegations, they are denied.

138.   Defendants deny the allegations in paragraph 138 of the Complaint.

139.   Defendants aver that the allegations in paragraph 138 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 138 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 139 and 140 on page 28 of the Complaint.

140.   Defendants aver that the allegations in paragraph 140 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 140 may be deemed to contain factual allegations, they are denied.

141.   Defendants admit the allegations in paragraph 141.

142.   Defendants aver that the allegations in paragraph 142 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 142 may be deemed to contain factual allegations, they are denied.

143.   Defendants aver that the allegations in paragraph 143 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 143 may be deemed to contain factual allegations, they are denied.

144.   Defendants admit the allegations in paragraph 144 of the Complaint.

145.   Defendants admit the allegations in paragraph 145 of the Complaint.

146.   Defendants admit the allegations in paragraph 146 of the Complaint.

147.   Defendants deny the allegations in paragraph 147 of the Complaint.  To the extent that paragraph 147 characterizes the ruling, Defendants refer to the ruling for a complete and accurate statement of its content.

148.   Defendants deny the allegations in paragraph 148 of the Complaint.  To the extent that paragraph 148 characterizes the ruling, Defendants refer to the ruling for a complete and accurate statement of its content.

149.   Defendants aver that the allegations in paragraph 149 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 149 may be deemed to contain factual allegations, they are denied.

150.   Defendants aver that the allegations in paragraph 150 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 150 may be deemed to contain factual allegations, they are denied.

151.   Defendants admit the allegations in paragraph 151 of the Complaint.

152.   Defendants deny the allegations in paragraph 152 of the Complaint.

153.   Defendants admit the allegations in paragraph 153 of the Complaint.

154.   Defendants deny the allegations in paragraph 154 of the Complaint.

155.   Defendants state they are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 of the Complaint.

156.   Defendants admit the allegations in paragraph 156 of the Complaint.

157.   Defendants aver that the allegations in paragraph 157 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 157 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 157 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

158.   Defendants aver that the allegations in paragraph 158 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 158 may be deemed to contain factual allegations, they are denied.

159.   Defendants aver that the allegations in paragraph 159 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 159 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 159 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

160.   Defendants aver that the allegations in paragraph 160 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 160 may be deemed to contain factual allegations, they are denied.

161.   Defendants aver that the allegations in paragraph 161 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 161 may be deemed to contain factual allegations, they are denied.

162.   Defendants aver that the allegations in paragraph 162 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 162 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 162 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

163.   Defendants aver that the allegations in paragraph 163 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 163 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 163 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

164.   Defendants deny the allegations in paragraph 164 of the Complaint.

165.   Defendants aver that the allegations in paragraph 165 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 165 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 165 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

166.   Defendants aver that the allegations in paragraph 166 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 166 may be deemed to contain factual allegations, they are denied.  To the extent paragraph 166 refers to the content of a ruling, Defendants refer to that ruling for a complete and accurate statement of its content.

Defendants deny the bold heading between paragraphs 166 and 167 on page 33 of the Complaint.

167.   Defendants aver that the allegations in paragraph 167 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 167 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 167 and 168 on page 33 of the Complaint.

168.   Defendants aver that the allegations in paragraph 168 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 168 may be deemed to contain factual allegations, they are denied.

169.   Defendants aver that the allegations in paragraph 169 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 169 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 169 and 170 on page 34 of the Complaint.

170.   Defendants aver that the allegations in paragraph 170 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 170 may be deemed to contain factual allegations, they are denied.

171.   Defendants aver that the allegations in paragraph 171 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 171 may be deemed to contain factual allegations, they are denied.

172.   Defendants aver that the allegations in paragraph 172 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 172 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 172 and 173 on page 34 of the Complaint.

173.   Defendants aver that the allegations in paragraph 173 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 173 may be deemed to contain factual allegations, they are denied.

174.   Defendants aver that the allegations in paragraph 174 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 174 may be deemed to contain factual allegations, they are denied.

175.   Defendants aver that the allegations in paragraph 175 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 175 may be deemed to contain factual allegations, they are denied.

176.   Defendants aver that the allegations in paragraph 176 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 176 may be deemed to contain factual allegations, they are denied.   To the extent paragraph 176 refers to a letter, Defendants refer to that letter for a complete and accurate statement of its content.

177.   Defendants aver that the allegations in paragraph 177 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 177 may be deemed to contain factual allegations, they are denied.

178.   Defendants aver that the allegations in paragraph 178 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 178 may be deemed to contain factual allegations, they are denied.

179.   Defendants aver that the allegations in paragraph 179 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 179 may be deemed to contain factual allegations, they are denied.

1   Defendants deny the bold heading between paragraphs 179 and 180 on page

2   36 of the Complaint.

3   180.   Defendants aver that the allegations in paragraph 180 of the Complaint

4   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

5   paragraph 180 may be deemed to contain factual allegations, they are denied.

6   Defendants deny the bold heading between paragraphs 180 and 181 on page

7   36 of the Complaint.

8   181.   Defendants aver that the allegations in paragraph 181 of the Complaint

9   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

10   paragraph 181 may be deemed to contain factual allegations, they are denied.

11   182.   Defendants aver that the allegations in paragraph 182 of the Complaint

12   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

13   paragraph 182 may be deemed to contain factual allegations, they are denied.

14   Defendants deny the bold heading between paragraphs 182 and 183 on page

15   37 of the Complaint.

16   183.   Defendants aver that the allegations in paragraph 183 of the Complaint

17   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

18   paragraph 183 may be deemed to contain factual allegations, they are denied.

19   Defendants deny the bold heading between paragraphs 183 and 184 on page

20   37 of the Complaint.

21   184.   Defendants aver that the allegations in paragraph 184 of the Complaint

22   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

23   paragraph 184 may be deemed to contain factual allegations, they are denied.

24   185.   Defendants aver that the allegations in paragraph 185 of the Complaint

25   are Plaintiffs' legal conclusions to which no answer is required.  To the extent

26   paragraph 185 may be deemed to contain factual allegations, they are denied.

27

28

186.   Defendants aver that the allegations in paragraph 186 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 186 may be deemed to contain factual allegations, they are denied.

187.   Defendants aver that the allegations in paragraph 187 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 187 may be deemed to contain factual allegations, they are denied.

188.   Defendants aver that the allegations in paragraph 188 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 188 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 188 and 189 on page 38 of the Complaint.

189.   Defendants aver that the allegations in paragraph 189 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 189 may be deemed to contain factual allegations, they are denied.

190.   Defendants aver that the allegations in paragraph 190 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 190 may be deemed to contain factual allegations, they are denied.

191.   Defendants aver that the allegations in paragraph 191 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 191 may be deemed to contain factual allegations, they are denied.

192.   Defendants aver that the allegations in paragraph 192 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 192 may be deemed to contain factual allegations, they are denied.

193.   Defendants aver that the allegations in paragraph 193 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 193 may be deemed to contain factual allegations, they are denied.

194.   Defendants aver that the allegations in paragraph 194 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 194 may be deemed to contain factual allegations, they are denied.

195.   Defendants aver that the allegations in paragraph 195 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 195 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading between paragraphs 195 and 196 in page 39 of the Complaint.

196.   Defendants aver that the allegations in paragraph 196 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 196 may be deemed to contain factual allegations, they are denied.

197.   Defendants aver that the allegations in paragraph 197 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 197 may be deemed to contain factual allegations, they are denied.

198.   Defendants aver that the allegations in paragraph 198 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 198 may be deemed to contain factual allegations, they are denied.

Defendants deny the bold heading and the bold and underscored headings between paragraphs 198 and 199 on page 40 of the Complaint.

199.   In response to paragraph 199 of the Complaint, Defendants repeat and incorporate by reference their answers and averments contained in paragraphs 1 through 198 as if fully set forth herein.

200.   Defendants aver that the allegations in paragraph 200 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 200 may be deemed to contain factual allegations, they are denied.

201.   Defendants aver that the allegations in paragraph 201 of the Complaint are Plaintiffs' legal conclusions to which no answer is required.  To the extent paragraph 201 may be deemed to contain factual allegations, they are denied.

1    202.   Defendants aver that the allegations in paragraph 202 of the Complaint

2  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

3  paragraph 202 may be deemed to contain factual allegations, they are denied.

4    203.   Defendants aver that the allegations in paragraph 203 of the Complaint

5  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

6  paragraph 203 may be deemed to contain factual allegations, they are denied.

7    204.   Defendants aver that the allegations in paragraph 204 of the Complaint

8  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

9  paragraph 204 may be deemed to contain factual allegations, they are denied.

10    205.   Defendants aver that the allegations in paragraph 205 of the Complaint

11  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

12  paragraph 205 may be deemed to contain factual allegations, they are denied.

13    206.   Defendants aver that the allegations in paragraph 206 of the Complaint

14  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

15  paragraph 206 may be deemed to contain factual allegations, they are denied.

16    207.   Defendants aver that the allegations in paragraph 207 of the Complaint

17  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

18  paragraph 207 may be deemed to contain factual allegations, they are denied.

19    Defendants deny the bold and underscored headings between paragraphs 207

20  and 208 on page 42 of the Complaint.

21    208.   In response to paragraph 208 of the Complaint, Defendants repeat and

22  incorporate by reference their answers and averments contained in paragraphs 1

23  through 207 as if fully set forth herein.

24    209.   Defendants aver that the allegations in paragraph 209 of the Complaint

25  are Plaintiffs' legal conclusions to which no answer is required.  To the extent

26  paragraph 209 may be deemed to contain factual allegations, they are denied.

27

28

1   210.   Defendants aver that the allegations in paragraph 210 of the Complaint
2   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
3   paragraph 210 may be deemed to contain factual allegations, they are denied.

4   211.   Defendants aver that the allegations in paragraph 211 of the Complaint
5   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
6   paragraph 211 may be deemed to contain factual allegations, they are denied.

7   212.   Defendants aver that the allegations in paragraph 212 of the Complaint
8   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
9   paragraph 212 may be deemed to contain factual allegations, they are denied.

10   213.   Defendants aver that the allegations in paragraph 213 of the Complaint
11   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
12   paragraph 213 may be deemed to contain factual allegations, they are denied.

13   Defendants deny the bold and underscored heading between paragraphs 213
14   and 214 on page 43 of the Complaint.

15   214.   Defendants aver that the allegations in paragraph 214 of the Complaint
16   are Plaintiffs' legal conclusions to which no answer is required.  To the extent
17   paragraph 214 may be deemed to contain factual allegations, they are denied.

18   Defendants deny the bold heading between paragraphs 214 and 215 on page
19   43 of the Complaint.

20   215.   Defendants deny each and every allegation in paragraph 215 of the
21   Complaint, deny that Plaintiffs are entitled to certification of any class, and deny that
22   Plaintiffs are entitled to any damages or other relief whatsoever.  Defendants
23   therefore requests that the Complaint be dismissed with prejudice.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

26   This Court does not have subject-matter jurisdiction over Plaintiffs' claims.

**SECOND AFFIRMATIVE DEFENSE**

This Court does not have personal jurisdiction over defendants CNO Financial Group, Inc., CDOC, Inc. and CNO Services, LLC, and those defendants intend to file a motion on that basis.

**THIRD AFFIRMATIVE DEFENSE**

This Court is the improper venue for Plaintiffs' claims, and Defendants intend to file a motion on that basis.

**FOURTH AFFIRMATIVE DEFENSE**

The Complaint fails to state a cognizable legal claim upon which relief can be granted, and Defendants intend to file a motion on that basis.

**FIFTH AFFIRMATIVE DEFENSE**

The Complaint is barred because of Plaintiffs' failure to mitigate, minimize, or avoid their damages, if any.

**SIXTH AFFIRMATIVE DEFENSE**

The Complaint is barred by the applicable statutes of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

The Complaint is barred because none of the Defendants has not breached any duty.

**EIGHTH AFFIRMATIVE DEFENSE**

To the extent that any claim in this action seeks exemplary or punitive damages, any such relief would violate statutory limitations on damages, and/or Defendants rights to procedural and substantive due process under the Fifth Amendment of the United States Constitution, the excessive-fines clause of the Eighth Amendment of the United States Constitution, the Commerce Clause of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution, and applicable provisions of the Constitution of the State of California. Any law, statute, or other authority purporting to permit the recovery of punitive damages in this case is unconstitutional, facially and as applied, to the extent that,

without limitation, it (1) lacks constitutionally sufficient standards to guide and restrain the jury's discretion in determining whether to award punitive damages and/or the amount, if any; (2) is void for vagueness because it fails to provide adequate advance notice as to what conduct will result in punitive damages; (3) unconstitutionally may permit recovery of punitive damages based on conduct that complies with applicable law, or conduct that was not directed at Plaintiffs or did not proximately cause harm, if any, to Plaintiffs; (4) unconstitutionally may permit recovery of punitive damages in an amount that is not both reasonable and proportionate to the amount of harm, if any, to Plaintiffs and to the amount of compensatory damages, if any; (5) unconstitutionally may permit jury consideration of net worth or other financial information relating to Defendants; (6) lacks constitutionally sufficient standards to be applied by the trial court in post-verdict review of any punitive damages award; (7) lacks constitutionally sufficient standards for related review of punitive damages awards; and (8) otherwise fails to satisfy U.S. Supreme Court precedent, including without limitation <u>Pacific Mutual Life Insurance Co. v. Haslip</u>, 499 U.S. 1 (1991), <u>TXO Production Corp. v. Alliance Resources, Corp.</u>, 509 U.S. 443 (1993), <u>BMW of North America, Inc. v. Gore</u>, 517 U.S. 559 (1996), and <u>State Farm Mutual Automobile Insurance Co. v. Campbell</u>, 538 U.S. 408 (2003).

## NINTH AFFIRMATIVE DEFENSE

The Complaint, and each count contained therein, is barred by the doctrines of estoppel, waiver, consent, laches, and unclean hands.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Statute of Frauds.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are preempted, in whole or in part, by ERISA.

## TWELFTH AFFIRMATIVE DEFENSE

The Complaint, and each count contained therein, is barred on the grounds of primary jurisdiction, filed rate doctrine, and/or regulatory approval.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each count and allegation therein, is barred because Conseco Life Insurance Company met all of its obligations under the policy.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each count and allegation therein, is barred because Defendants at all times acted in good faith.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each count and allegation therein, is barred because Plaintiffs have not been caused any damage by any conduct by Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each count and allegation therein, is barred by the parol evidence rule.

## SEVENTEENTH AFFIRMATIVE DEFENSE

This action is not maintainable as a class action under Rule 23 of the Federal Rules of Civil Procedure.

## EIGHTEENTH AFFIRMATIVE DEFENSE

This action may not be maintained as a class action because, alternatively,

       a.  Plaintiffs will not fairly and adequately protect the interests of the class on behalf of which they purport to bring this action; or

       b.  Plaintiffs' claims are not typical of the claims of the purported class; or

       c.  Questions of law or fact common to the purported class do not predominate over questions affecting only individual members of the purported class; or

       d.  Part or all of the purported class is not numerous; or

e.  A class action is not superior to other methods for the fair and effective adjudication of the controversy; or

f.  The other requirements of Fed. R. Civ. P. 23 are not met.

### NINETEENTH AFFIRMATIVE DEFENSE

By alleging the matters set forth in the defenses listed herein, Defendants do not allege or admit that it has the burden of proof and/or persuasion with respect to any of them.  Defendants presently lacks sufficient knowledge or information on which to form a belief as to whether it may have additional affirmative defenses. Accordingly, Defendants hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pre-trial proceedings or through investigation and discovery in this case or, if a class were to be certified in this action (in which case Defendants may need to assert affirmative defenses as to individuals not presently before the Court), and Defendants further hereby reserves its rights to assert such defenses through amendment of this pleading.

WHEREFORE, Defendants respectfully request judgment granting the following relief:

I.      Dismissing the Complaint against Defendants with prejudice;

II.     Denying Plaintiffs' request for class certification and relief;

III.    Awarding Defendants the costs of defending this action, including attorneys' fees, costs and disbursements; and

IV.     Granting Defendants such other and further relief as this Court may deem just and necessary.

1   Dated:  November 5, 2012

2                                                 By:    /s/ Raoul D. Kennedy
                                                       Raoul D. Kennedy
3                                                      SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP
4                                                      525 University Avenue, Suite 1100
                                                       Palo Alto, California 94301
5                                                      Telephone: (650) 470-4500
                                                       Facsimile: (650) 470-4570
6
                                                       Attorneys for Defendants
7                                                      CNO Financial Group, Inc.
                                                       and CDOC, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28